UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNELYN HOLLENBECK, an individual and on behalf of all others similarly situated,<br><br>          Plaintiff,<br><br>     vs.<br><br>KENSINGTON SENIOR LIVING, LLC, a Virginia Limited Liability Company; ZAMIRA CALDERON, an individual; and DOES 1 through 100, inclusive,<br><br>          Defendants. | **CASE NO.: 2:24-cv-09913-AH (AJRx)**<br><br>[*Assigned to District Judge Anne Hwang and Magistrate Judge A. Joel Richlin*]<br><br>**ORDER GRANTING JOINT STIPULATION TO REMAND TO STATE COURT [12] [JS-6]**<br><br>Complaint Filed:   October 15, 2024 |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

# ORDER

Pursuant to the Parties "Joint Stipulation to Remand to State Court" and good cause appearing, **IT IS HEREBY ORDERED THAT:**

This action, entitled JENNELYN HOLLENBECK, an individual and on behalf of all others similarly situated, Plaintiff, vs. KENSINGTON SENIOR LIVING, LLC, a Virginia Limited Liability Company; ZAMIRA CALDERON, an individual; and DOES 1 through 100, inclusive (U.S. District Court Case No. 2:24-cv-09913-AH (AJRx)) be remanded to the Los Angeles Superior Court where it was originally filed.

**IT IS SO ORDERED.**

Dated: DECEMBER 23, 2024

_____
Hon. Anne Hwang
UNITED STATES DISTRICT JUDGE

## PROOF OF SERVICE

STATE OF CALIFORNIA, CENTRAL DISTRICT OF CALIFORNIA

CASE NAME:    Jennelyn Hollenbeck v. Kensington Senior Living, LLC, et al.

CASE NUMBER: 2:24-cv-09913-RGK-AJR

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 725 South Figueroa Street, Suite 2500, Los Angeles, California 90017.

On **December 16, 2024**, I served the foregoing document described as: **[PROPOSED] ORDER GRANTING JOINT STIPULATION TO REMAND TO STATE COURT** in this action by transmitting a true copy thereof addressed as follows:

David D. Bibiyan, Esq.
Bijan Mohseni, Esq.
Joseph C. Rocha, Esq.
**BIBIYAN LAW GROUP, P.C.**
1460 Westwood Boulevard
Los Angeles, CA 90024
Telephone: (310) 438-5555
Facsimile: (310) 300-1705
david@tomorrowlaw.com;
bijan@tomorrowlaw.com
joseph@tomorrowlaw.com

Attorneys for Plaintiff
JENNELYN HOLLENBECK

**[X] BY CM/ECF**: I certify that I electronically filed the document(s) listed above. With the Clerk of the United States District Court of California, using the CM/ECF System. The Court's CM/ECF System will send an e-mail notification of the foregoing filing to the foregoing parties and counsel of record who are registered with the Courts CM/ECF System.

**[ ]    BY E-MAIL OR ELECTRONIC TRANSMISSION:** I caused the document(s) described above to be sent from e-mail address @jacksonlewis.com to the persons at the e-mail addresses listed above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

**FEDERAL:** I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct, and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on **December 16, 2024** at Los Angeles, California.

*/s/ Vivian A. Castillo*
Vivian A. Castillo

4925-8447-5397, v. 1